UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MIGUEL ILAW,<br><br>　　　　　　Plaintiff,<br>　v.<br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　Defendant. | Case No.: 12-CV-00745-LHK<br><br>ORDER DISMISSING CASE |

On March 19, 2012, Plaintiff notified the Court that j g was voluntarily dismissing the above captioned case. ECF 17. Defendant has not served either an answer or a motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) a party may voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Accordingly, the above captioned case is DISMISSED. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 21, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 12-CV-00745-LHK
ORDER DISMISSING CASE